UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| International Cargo Loss Prevention, Inc.,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>CMA-CGM S.A. and CMA-CGM (AMERICA) LLC,<br><br>　　　　　　Defendants. | No. 23 CV 6820 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　Counsel shall inform the Court whether all Defendants have been served and if proceeding with the conference scheduled for December 12, 2023 would be useful or if it should be adjourned.

**SO ORDERED.**

Dated:　　December 5, 2023
　　　　　　New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge