The conference scheduled for December 12, 2023 is adjourned sine die.  SO ORDERED.

Date:   12/07/2023

*Loretta A. Preska*

Loretta A. Preska
Senior United States District Judge

# Rubin, Fiorella, Friedman & Mercante LLP

Attorneys at Law
630 Third Avenue, 3rd Floor
New York, New York 10017
Telephone: (212) 953-2381 / Facsimile: (212) 953-2462

Direct Dial:   212-447-4615
Email:         mstern@rubinfiorella.com

December 7, 2023

**Via ECF**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Re:   International Cargo Loss Prevention v. CMA-CGM S.A. *et ano*
>       Docket No. 1:23-Civ.-6820

Dear Judge Preska:

    We represent plaintiff International Cargo Loss Prevention in the above referenced claim for damage to cargo governed by the Carriage of Goods By Sea Act. We write in connection with the Order of the Court [Docket 10] to advise that defendant CMA-CGM LLC has been served but the overseas defendant CMA-CGM S.A. has not yet been served. We have communicated with Mr. Waid, counsel for CMA-CGM, who is currently in Hamburg Germany on business. In light of the above, we would request that the initial status conference scheduled for December 12 before Your Honor be adjourned.

                                          Respectfully submitted,

                                          *Michael E. Stern*/s