```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
International Cargo Loss            :
Prevention, Inc.,                   :    23 cv 6820 (LAP)
                       Plaintiff(s),:
                                    :            ORDER
            -against-               :
                                    :
CMA-CGM SA, et al.,                 :
                       Defendant(s).:
                                    :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel shall confer and inform Judge Preska by letter no later than March 26, 2024 of the status of the action/remaining claims/defendants.

SO ORDERED.

_____
LORETTA A. PRESKA,
Senior U.S.D.J.

Dated: 3/19/24
New York, New York