```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
International Cargo Loss            :
Prevention, Inc., Plaintiff(s),     :   23cv6820 (LAP)
                                    :
          -against-                 :       ORDER
                                    :
CMA-CGM S.A., et al.,               :
                    Defendant(s).   :
                                    :
-----------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

       Counsel shall confer and inform Judge Preska by letter no later than August 12, 2024 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: 8/5/24
New York, New York