```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
International Cargo Loss            :
Prevention, Inc.,                   :
                    Plaintiff(s),   :    23 cv 6820 (LAP)
                                    :
          -against-                 :         ORDER
                                    :
CMA-CGM S.A., et al.,               :
                                    :
                    Defendant(s).   :
------------------------------------x
```

LORETTA A. PRESKA, Senior United States District Judge:

      Counsel shall confer and inform Judge Preska by letter no later than April 15, 2025 of the status of the action/remaining claims/defendants.

SO ORDERED.

*Loretta A. Preska*

LORETTA A. PRESKA,

Senior U.S.D.J.

Dated: April 8, 2025

New York, New York